# LAW OFFICE OF ROOSEVELT N. NESMITH, LLC

400 Broadacres Drive, Suite 260
Bloomfield, New Jersey 07003
*roosevelt@nesmithlaw.com*

(T) (973) 259-6990                                                                                          (F) (866) 848-1368

*Roosevelt N. Nesmith, Esq.*
*Admitted in NJ & NY*

May 29, 2024

<u>**VIA CM/ECF**</u>
The Honorable Christine P. O'Hearn
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    **Re:** *Michael Vogt, et al., v. Novo Building Products, et al.*
       <u>Civil Case No. 1:22-cv-1998-CPO-SAK</u>

       *Matthew Durkel v. Novo Building Products, et al.*
       <u>Civil Case No. 1:23-cv-03414-CPO-SAK</u>

Dear Judge O'Hearn:

  This office represents the Named Plaintiffs and Opt-Ins Plaintiffs in the above-referenced actions (collectively, "Plaintiffs"). The Parties have agreed to amend the Settlement Agreement resolving the above-referenced actions consistent with the Your Honor's concerns regarding the scope of releases in the agreement. The amended provisions of the Settlement Agreement are set forth in the attached addendum which will be delivered to each signatory to the original agreement.

  The Parties respectfully request that if Your Honor approves of the addendum to the Settlement Agreement, kindly "so order" this letter and the Parties will promptly deliver the addendum to the signatories and conclude these matters.

Hon. Christine P.O' Hearn, U.S.D.J..
May 29, 2024
Pg. 2

    Thank you for your time and consideration of these matters.

                                  Respectfully submitted,

                                  By: s/*Roosevelt N. Nesmith*
                                      Roosevelt N. Nesmith, Esq.

cc: Counsel of Record *(Via ECF)*


*SO ORDERED:*

_____
  Hon. Christine P. O' Hearn
  United States District Judge

Dated: May 29, 2024

2

## **ADDENDUM TO SETTLEMENT AGREEMENT AND RELEASE**

This Addendum to the Settlement Agreement and Release effective March 17, 2024, by and between the Michael Vogt, Teron Manuel, James Cosby, Devin Elder, and Matthew Durkel (collectively, "Named Plaintiffs") and the Opt-In Plaintiffs listed on Exhibit 1 to the Settlement Agreement hereto (collectively, "Opt-in Plaintiffs") on the one hand and Novo Building Products, LLC; Novo Distribution, LLC; and The Empire Company, LLC (collectively, **"Novo").**

This Addendum shall replace and supersede in all respects paragraphs 4 and 5 of the Settlement Agreement, which shall instead state as follows:

**4.** **Waiver and Release of Named Plaintiffs.** In consideration of the payments made hereunder, to which the Named Plaintiffs acknowledge they would not be entitled but for this Agreement, Named Plaintiffs waive, release and forever discharge Novo from all claims, demands, charges, obligations, damages and liabilities of every kind and nature and from all actions and causes of action which they may now have, accruing on or before the Effective Date, whether known or unknown, past or present, relating in any way to the FLSA Claims or the State-Law Claims.

Named Plaintiffs agree that this waiver and release will apply in full to, and for the benefit of, Novo and their subsidiaries and affiliated companies, and to all of their past, present and future officers, directors, shareholders, members, managers, supervisors, employees, agents, benefit plans, successors and assigns.

**5.** **Waiver and Release of Opt-In Plaintiffs.** In consideration of the payments made hereunder, to which Opt-In Plaintiffs acknowledge they would not be entitled but for this Agreement, Opt-In Plaintiffs waive, release and forever discharge Novo from all claims, demands, charges, obligations, damages and liabilities of every kind and nature and from all actions and causes of action which they may now have, accruing on or before the Effective Date, whether known or unknown, past or present, relating in any way to the FLSA Claims.

Opt-In Plaintiffs agree that this waiver and release will apply in full to, and for the benefit of, Novo and their subsidiaries and affiliated companies, and to all of their past, present and future officers, directors, shareholders, members, managers, supervisors, employees, agents, benefit plans, successors and assigns.