UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VOGT, TERON MANUEL, JAMES COSBY and DEVIN ELDER, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br> -vs-<br><br>NOVO BUILDING PRODUCTS, LLC, NOVO DISTRIBUTION, LLC, and THE EMPIRE COMPANY, LLC,<br><br>            Defendants. | Civil Action No.  1:22-cv-1998<br><br>Hon. Christine P. O'Hearn, U.S.D.J.<br><br>Hon. Sharon A. King, U.S.M.J |
| MATTHEW DURKEL, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br> -vs-<br><br>NOVO BUILDING PRODUCTS, LLC, NOVO DISTRIBUTION, LLC, and THE EMPIRE COMPANY, LLC,<br><br>           Defendants. | Civil Action No.  1:23-cv-3414<br><br>Hon. Christine P. O'Hearn<br><br>Hon. Sharon A. King |

## ORDER

**THIS MATTER** having been brought before the Court by Michael Vogt, Teron Manuel, James Cosby, Devin Elder and Matthew Durkel and 39 Opt-In Plaintiffs in the above-captioned actions ("Plaintiffs"), on their unopposed Motion for Settlement Approval dated March 19, 2024, pursuant to L. Civ. R. 7.1 and; the Court having reviewed the proposed settlement agreement and the memorandum of law and Declarations of Counsel submitted therewith;

**IT IS ORDERED** that

1. The Court finds that the Settlement Agreement is fair and reasonable for the reasons stated on the record on May 2, 2024.

2. The Parties settlement, as set forth in the Settlement Agreement, subject to the Court-approved revised release, (ECF Nos. 38, 114), is hereby APPROVED.

3. The Parties shall forthwith complete their settlement, including the dismissal of the above-captioned actions with prejudice, as set forth in their Settlement Agreement.

Dated: May 29, 2024

*Christine P. O'Hearn*

Hon. Christine P. O' Hearn, U.S.D.J.